# United States Court of Appeals
## For the First Circuit

---

No. 04-1486

JIMMY PEREZ-OLIVO,

Petitioner, Appellant,

v.

RICARDO E. CHAVEZ, WARDEN, M.D.C. GUAYNABO,

Respondent, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on January 7, 2005 is amended as follows:

On page 2, line 3, replace "18 U.S.C." with "28 U.S.C."

On page 18, line 2, replace "18 U.S.C." with "28 U.S.C."